UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DELEY GAZINELLI,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 4483 (GEL)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
              May 21, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 442-8248

                            By:          /s/
                                    MARK D. ZUCKERMAN

TO:    James I. Meyerson, Esq.
          *Attorney for Plaintiff*
          64 Fulton Street, Ste. 502
          New York, New York 10038
          (212) 226-3310