

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 442-8248
Fax: (212) 788-9776

May 21, 2008



**BY HAND**
The Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Deley Gazinelli v. City of New York, et al.</u>, 08 Civ. 4483 (GEL)

Your Honor:

      I am a Senior Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I write with respect to the above-referenced matter in which plaintiff alleges that his constitutional rights were violated by defendants. Defendant City respectfully requests an <u>extension of time to answer or otherwise respond to this complaint</u> from June 3, 2008 <u>until August 4, 2008</u>. Plaintiff has consented to this request for an extension of time. ] *

      There are several reasons for seeking an enlargement of time in this matter. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need time to investigate the allegations of the complaint. Furthermore, it is our understanding that the records of the underlying criminal actions, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office is in the process of forwarding to plaintiff for execution authorizations for the release of sealed arrest and criminal prosecution records so that defendant can access the information, properly assess the case, and respond to this complaint.

      Additionally, upon information and belief, the named individual defendant, Detective Taylor, has recently been served with the summons and complaint in this action. This office has not discussed with Detective Taylor the manner of service and we make no representation herein as to the adequacy of service upon him. The requested extension should,

*SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
5/22/08

however, give this office an opportunity to determine whether Detective Taylor is entitled to representation by this office. *See Mercurio v. The City of New York, et al.,* 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York, et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

No previous request for an extension has been made by defendant City of New York. Accordingly, we respectfully request that defendant City of New York's time to answer or otherwise respond to the complaint be extended to August 4, 2008.

Thank you for your consideration herein.

Respectfully submitted,

Mark D. Zuckerman
Senior Counsel

cc:    James I. Meyerson, Esq. (Via Facsimile)